United States District Court for the Northern Division of Maryland | 1
Edmund Awah v.TranUnion, Experian, Equifax

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

EDMUND AWAH           *

    Plaintiff   *

v.                    *   Case No. 1:15-cv-02042-ELH

TRANSUNION, EXPERIAN and  *
EQUIFAX
                      *
    Defendants  *

APPROVED THIS 13 DAY OF July 2016

ELLEN L. HOLLANDER, U.S.D.J.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## PLAINTIFF'S MOTION FOR VOLUNTARY WITHDRAWAL

Plaintiff Edmund Awah, in *pro se* moves the Court for a voluntary dismissal of the case.

Respectfully submitted

Edmund Awah

## CERTIFICATE OF SERVICE

I CERTIFY that on July 10, 2016 a copy of the foregoing Plaintiff's Motion for Voluntary Withdrawal, was mailed first-class, postage prepaid to:

Nathan A. Adler (Equifax Information Services LLC)
NUBERGER, QUINN, GIELEN, RUBIN, & GIEBER, P.A.
One South Street, 27th floor
Baltimore, MD 21202-3201
Tel: 410 332 8516

Sandy Bowen Baron
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, MD 20854

Edmund Awah